UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LONG,<br><br>             Plaintiff,<br><br>       v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC,<br><br>             Defendant. | Case No. 14-cv-01787-JST<br><br>**ORDER REQUIRING FILING OF AMENDED COMPLAINT** |

The Court is in receipt of the complaint in this action, which was filed yesterday. In several of its paragraphs, the complaint quotes from a ticket to a professional football game that that Plaintiff allegedly purchased from Defendant. See, e.g., ECF No. 1 at ¶¶ 5, 7 and 14. The quoted portions of the ticket are reproduced in 6-point type, which is the type size Plaintiff alleges Defendant used on the ticket. Id.

Civil Local Rule 3-4(c)(2) provides, in pertinent part:

> Typewritten text may be no less than standard pica or 12-point type in the Courier font or equivalent, spaced 10 characters per horizontal inch. Printed text, produced on a word processor or other computer, may be proportionally spaced, provided the type may not be smaller than 12-point standard font (e.g., Times New Roman). The text of footnotes and quotations must also conform to these font requirements.

While the Court appreciates that Plaintiff may be attempting to show the Court how hard it was for *him* to read the text on his ticket, it defeats the purpose of a complaint, and it violates the Local Rules, for him intentionally to make it more difficult for the *Court* to read the text.

Plaintiff is ordered to file an amended complaint within ten days of this order that complies with Rule 3-4(c)(2). Such amendment shall not count against Plaintiff's right to amend his complaint once as a matter of course. Fed. R. Civ. P. 15.

1    Plaintiff shall not cite this order as a suggestion that the Court makes or implies any
2 finding regarding the adequacy of the size of the text on Defendant's tickets.  The Court makes no
3 such finding.  The Court is merely addressing Plaintiff's violation of the Local Rules.
4    **IT IS SO ORDERED.**
5 Dated:  April 18, 2014



JON S. TIGAR
United States District Judge