UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL LONG,

    Plaintiff,

  v.

FORTY NINERS FOOTBALL COMPANY, LLC,

    Defendant.

Case No. 14-cv-01787-JST

**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)**

Re: ECF Nos. 20, 24, 25

On June 20, 2014, the Court issued an order granting Defendant's motion to dismiss, but also granting Plaintiff leave to amend his complaint. ECF No. 20. On July 10, 2014, Plaintiff submitted a motion to extend time in which to amend his complaint, ECF No. 24, which the Court granted, ECF No. 25, giving Plaintiff until July 14 to file an amended complaint. Plaintiff failed to file an amended complaint by that date.

Plaintiff is therefore ORDERED TO SHOW CAUSE why his claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this order no later than July 30, 2014. If Plaintiff fails to file a response by that date, his complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 15, 2014

                        JON S. TIGAR
                        United States District Judge